**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

Nos. 96-2362/2998/3230/3399
_____

Jimmie Small,                    *

                           *

        Appellant,       *

                           *    Appeal from the United States

   v.                   *    District Court for the

                           *    Eastern District of Missouri

United States of America; Perry D.   *

Lane, Trustee; Richard D. Gonnerman,  *    {UNPUBLISHED}

Agent; Richard Burrus; Norma T.    *

Burrus, Family Living Trust,     *

                           *

        Appellees.       *

_____

Submitted: June 6, 1997
Filed: June 24, 1997
_____

Before McMILLIAN, FAGG, and LOKEN, Circuit Judges.
_____

PER CURIAM.

In this consolidated appeal, Jimmie Small appeals from the final order of the United States District Court[1] for the Eastern District of Missouri, granting summary judgment on the basis of res judicata to the United States, Department of Agriculture

_____

[1]The Honorable Mary Ann Medler, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

employee Richard D. Gonnerman, and foreclosure trustee Perry D. Lane; and dismissing purchasers Richard Burrus and Norma T. Burrus, Family Living Trust. (No. 96-2362.) Small also appeals from orders denying three posttrial motions. (No. 96-2998, 96-3230, 96-3399.)

We have carefully reviewed the entire record, and we affirm on the basis of the district court's opinions. See 8th Cir. R. 47B. Small's motions to dismiss and to strike are denied.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.